# IN THE SUPREME COURT OF THE STATE OF NEVADA

TEREX CORPORATION; TEREX USA, LLC; AND TEREX-RO CORPORATION, PARTY IN INTEREST WHICH TOOK OVER FOR SIMON-RO,

Appellants,

vs.

AMADOR RAMIREZ; ALMA RAMIREZ, HUSBAND AND WIFE; SANTOS CURIEL; HILDA LOZA, HUSBAND AND WIFE; CR & MR, INC., D/B/A C & M CRANE; AND MIKE RAMIREZ,

Respondents.

No. 69031

FILED

JUN 2 1 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc: Hon. Jerry A. Wiese, District Judge
Stephen Haberfeld, Settlement Judge
Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC
Eglet Prince
Law Offices of Kenneth E. Goates
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

16-19395